WRIGHT & L'ESTRANGE
A Partnership Including Professional Corporations
John H. L'Estrange, Jr. (SBN 049594)
jlestrange@wllawsd.com
Andrew E. Schouten (SBN 263684)
aschouten@wllawsd.com
401 West A Street, Suite 2250
San Diego, CA  92101
(619) 231-4844; Fax: (619) 231-6710

Attorneys for Defendant GC Services Limited Partnership

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROEDERICK MONTEMAYOR INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>GC SERVICES, LP,<br><br>Defendant. | Case No.: 13-cv-1959-WQH-RBB<br><br>**NOTICE OF RELATED CASES** |

PLEASE TAKE NOTICE, pursuant to Civil L.R. 40.1(f), that the following case pending in this District and a case in the Central District are related to this case.

**I. RELATED CASES**

*Thomasson, et al. v. GC Services LP, et al.*, S.D. Cal. Case No. 05-cv-940 JAH-KSC; Ninth Circuit Case No. 11-56100 (appeal of class certification ruling pending); and

*Montemayor v. GC Services, LP*, *et al.,* C.D. Cal. Case No. 13-cv-03522 JAK-JCGx (dismissal pending).

**II. STATEMENT OF RELATIONSHIP OF THE ACTIONS**

The *Thomasson* case is related to this action because the actions involve the same or similar parties, the same or similar claims, the same transactions or events, and substantially the same facts and questions of law.  Specifically:

(1)   GC Services Limited Partnership is a named defendant in both actions;

1  (2) Plaintiffs in both actions assert putative class actions where the alleged classes, as defined in the respective complaints, are similar (*Cf. Thomasson* Case No. 05-cv-0940 JAH-KSC, Dkt. No. 6 at ¶¶ 41-42 and *Montemayor*, Case No. 13-cv-1959 WQH-RBB, Dkt. No. 1 at ¶ 28);

(3) The operative complaints in both actions allege that a GC Services Limited Partnership practice and policy of monitoring and recording its own telephone calls with plaintiffs and the putative classes, in the ordinary course of its own business, violates California Penal Code section 632, pursuing the same or similar relief for similar classes of persons and asserting the same or similar common issues for certification of similar classes (*Cf. Thomasson,* Case No. 05-cv-0940 JAH-KSC, Dkt No. 6 at ¶¶ 44 and 50-56; and *Montemayor*, Case No. 13-cv-1959 WQH-RBB, Dkt. No. 1 at ¶¶ 32 and 38-45);

(4) Both actions allege that, pursuant to its business practices and policies, GC Services Limited Partnership monitored and recorded telephone calls with plaintiffs and some members of the class, in the ordinary course of business, without first obtaining consent from the named plaintiffs and some class members. (*Cf. Thomasson,* Case No. 05-cv-0940 JAH-KSC, Dkt. No. 6 at ¶ 40; and *Montemayor*, Case No. 13-cv-1959 WQH-RBB, Dkt. No. 1 at ¶¶ 20-22); and

(5) The *Thomasson* case has been pending in this Court since May 4, 2005, and has twice been to the Ninth Circuit. In the first appeal the Ninth Circuit affirmed summary judgment by the District Court on the claims for violation of California Penal Code section 632, and reversed summary judgment as to the claim for violation of the Fair Debt Collection Practices Act (Ninth Circuit Case No. 07-56215, Dkt. No. 33). In the most recent appeal, the Ninth Circuit reversed the class certification order by the District Court and remanded with instructions to de-certify the class (Ninth Circuit Case No. 11-56100, Dkt. No. 33-1). On September 19, 2013 the Ninth Circuit granted a request by Plaintiff/Appellee for an extension to file a petition for rehearing (Ninth Circuit Case No. 11-56100, Dkt. No. 35). That petition was filed on October 1, 2013 (Ninth Circuit Case No., 11-561, Dkt. No. 36), and has not been decided.

The *Montemayor* case in the Central District was filed on May 16, 2013. (C.D. Cal. Case No. 13-cv-03522 JAK-JCGx, Dkt. No. 1). It involves the same parties as the instant case, but is a non-

class action, alleging only a single cause of action for violation of the Fair Debt Collection Practices Act.  In the *Montemayor* case in the Central District a joint stipulation to dismiss case was filed September 30, 2013. (C.D. Cal. Case No. 13-cv-03522 JAK-JCKx, Dkt. No. 12).  Unlike the *Thomasson* case in the Southern District, there was no pre-answer motion, nor any other substantive activity in the *Montemayor* case in the Central District prior to dismissal.

**III. STATEMENT ON PROPRIETY OF ASSIGNMENT TO A SINGLE JUDGE**

GC Services Limited Partnership believes that assignment of the *Thomasson* case and the *Montemayor* case in the Southern District to a single district judge is appropriate.  Due to the identity of the parties and the significant overlapping questions of fact and law, a single district judge assignment would save judicial effort and prevent inconsistent results.

Dated:  October 2, 2013

Respectfully submitted,

WRIGHT & L'ESTRANGE
Attorneys for defendant GC Services Limited Partnership

By:  s/ John H. L'Estrange, Jr.
John H. L'Estrange, Jr.
jlestrange@wllawsd.com