**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROEDERICK MONTEMAYOR, and CHRISTOPHER ZIEHM, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　Plaintiffs,<br><br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>　　Defendant | Case No.: 3:13-cv-01959-JAH-KSC<br><br>**NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS** |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the case has been settled in its entirety, on an individual basis, with Defendant GC SERVICES LIMITED PARTNERSHIP. Plaintiffs ROEDERICK MONTEMAYOR and CHRISTOPHER ZIEHM ("Plaintiffs") anticipate filing a Joint Motion to Dismiss within thirty (30) days. Plaintiffs request that all pending dates and filing requirements be vacated.

Respectfully submitted,

Dated: August 25, 2015          **KAZEROUNI LAW GROUP, APC**

BY: /s/ JASON A. IBEY
    JASON A. IBEY, ESQ.
    ATTORNEY FOR PLAINTIFFS

NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS
CASE NO.: 13-cv-01959-JAH-KSC            1