LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN 216752)
tfriedman@attorneysforconsumers.com
324 Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

MARTIN & BONTRAGER, APC
G. Thomas Martin, III (SBN 218456)
tom@mblawapc.com
Nicholas J. Bontrager, Esq. (SBN 252114)
nick@mblawapc.com
6565 W. Sunset Blvd, Suite 410
Los Angeles, CA 90028
Telephone: (323) 940-1697

[Additional Plaintiffs' Counsel Listed On Last Page]

Attorneys for Plaintiff Roederick Montemayor

WRIGHT, L'ESTRANGE & ERGASTOLO
John H. L'Estrange, Jr. (SBN 049594)
jlestrange@wlelaw.com
Andrew E. Schouten (SBN 263684)
aschouten@wlelaw.com
402 West Broadway, Suite 1800
San Diego, CA  92101
(619) 231-4844; Fax: (619) 231-6710

[Additional Defense Counsel Listed On Last Page]

Attorneys for Defendant GC Services Limited Partnership

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROEDERICK MONTEMAYOR and CHRISTOPHER ZIEHM, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>GC SERVICES, LP,<br><br>        Defendant. | Case No.: 13-cv-1959 JAH-KSC<br><br>**JOINT DISMISSAL MOTION** |

1

Plaintiffs Roederick Montemayor and Christopher Ziehm ("Plaintiffs") and Defendant GC Services, LP ("Defendant") jointly move the Court to dismiss Plaintiffs' individual claims with prejudice. Because Plaintiffs have not yet moved for class certification and this Court has not yet certified the putative class, this dismissal has no effect on the putative class members' claims. Therefore, the Court may proceed to dismiss the action in its entirety. The parties are to bear their own fees and costs.

Dated:  September 29, 2015          LAW OFFICES OF TODD M. FRIEDMAN, P.C.

and

MARTIN & BONTRAGER

and

KAZEROUNI LAW GROUP, APC

Attorneys for Plaintiff Roederick Montemayor and Christopher Ziehm

By:  s/ G. Thomas Martin____
     G Thomas Martin.
     tom@mblawapc.com

Dated:  September 29, 2015          VENABLE LLP

and

WRIGHT, L'ESTRANGE & ERGASTOLO
Attorneys for Defendant GC Services LP

By:  s/Andrew E. Schouten___
     Andrew E. Schouten
     aschouten@wlelaw.com

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Andrew E. Schouten, one of the lawyers for Defendant, GC Services LP; and that I obtained Mr. Schouten's authorization to affix his electronic signature to this document.

Dated:  September 29, 2015

MARTIN & BONTRAGER
Attorneys for Plaintiff Roederick Montemayor and
Christopher Ziehm

By:  s/ G. Thomas Martin____
    G Thomas Martin.
    tom@mblawapc.com

**ADDITIONAL PLAINTIFFS' COUNSEL**

KAZEROUNI LAW GROUP, APC
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523


**ADDITIONAL DEFENSE COUNSEL**

VENABLE LLP
Thomas E. Gilbertsen (*Pro Hac Vice*)
TEGilbertsen@Venable.com
Michael P. Bracken (*Pro Hac Vice*)
MPBracken@Venable.com
575 7th Street NW
Washington, D.C. 20004
Telephone:  (202) 344-4598
Facsimile:   (202) 344-4530