1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

9

10

11

ROEDERICK MONTEMAYOR and
CHRISTOPHER ZIEHM, individually
and on behalf of all others similarly
situated,

Case No.: 13-cv-1959 JAH-KSC

**ORDER GRANTING JOINT
MOTION TO DISMISS**

12

Plaintiffs,

13

v.

14

GC SERVICES, LP,

15

Defendant.

16

17          The Court has reviewed the parties' joint motion to dismiss, and good cause

18  appearing, the Court GRANTS the joint motion and ORDERS as follows:

19          1.          Plaintiffs' action is **DISMISSED with prejudice**;

20          2.          Because Plaintiffs have not yet moved for class certification and this

21  Court has not yet certified the putative class, this dismissal has no effect on the

22  putative class members' claims; and,

23          3.          The parties are to bear their own fees and costs with respect to this

24  dismissal.

25          **IT IS SO ORDERED.**

26  Dated:  September 29, 2015          _____

27                                              Hon. John A. Houston
                                                U.S. District Court Judge

28

Case No.: 13cv1959 JAH-KSC

1